IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § **CALMENA ENERGY SERVICES INC.,** § § *Debtor in a foreign proceeding.* § § | | **CASE NO. 15–30786** **Chapter 15** |
| **In re:** § § **CALMENA ENERGY SERVICES (USA) CORP.,** § § *Debtor in a foreign proceeding.* § § § | | **CASE NO. 15–30787** **Chapter 15** |
| **In re:** § § **CALMENA DRILLING SERVICES LLC,** § § *Debtor in a foreign proceeding.* § § § | | **CASE NO. 15–30789** **Chapter 15** |
| **In re:** § § **CALMENA DRILLING SERVICES US LP,** § § *Debtor in a foreign proceeding.* § § § | | **CASE NO. 15–30790** **Chapter 15** |

RECEIVER'S NOTICE OF FILING OF
DOCUMENTS IN SUPPORT OF FIRST DAY MOTIONS

Now comes Ernst & Young Inc. ("**EY**"), as the court-appointed receiver (the "**Receiver**") based upon the Receivership Order dated January 20, 2015, evented by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada (the "**Canadian Proceeding**"), and authorized foreign representative of the above-captioned Debtors[1] to file this *Receiver's Notice of Filing of Documents in Support of First Day Motions* (the "**Motion**"), and states:

---

[1] The Debtors are Calmena Energy Services Inc.; Calmena Energy Services (USA) Corp.; Calmena Drilling Services LLC; and Calmena Drilling Services US LP.

**RECEIVER'S NOTICE OF FILING OF DOCUMENTS IN SUPPORT OF FIRST DAY MOTIONS**
47908435.2                                                                                                                                  1

1.     The Bankruptcy and Insolvency Act ("**BIA**") is the one of two pieces of federal legislations in Canada applicable to bankruptcies and insolvencies.[2]  Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3 (Can.).  The BIA provides for the appointment of a receiver by court order upon application by a secured creditor.  *Id.* § 243(1).  Such a receiver is granted broad powers to marshal, administer, and liquidate a debtor's assets for the benefit of stakeholders in accordance with legal entitlement.

2.     The Debtors are a group of Canadian-based companies that have been placed into the Canadian Proceeding, a receivership proceeding under the BIA based upon the Receivership Order dated January 20, 2015 (the "**Receivership Order**") and evented by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada (the "**Canadian Court**").  Among other things, the Receivership Order appointed EY as the Receiver in the Canadian Proceedings. Receivership Order ¶ 2.

3.     On February 5, 2015, the Receiver filed Official Form No. 1 chapter 15 petitions for each of the above-referenced Debtors pursuant to 11 U.S.C. §§ 1504, 1509(a), and 1515(a).

4.     The Receiver will be filing several first day motions in these chapter 15 cases. In support of those motions, the Receiver hereby files the following:

---

[2]  The second federal legislation in Canada concerning bankruptcies and insolvencies is the Companies' Creditors Arrangement Act ("**CCAA**"), which affords financially troubled corporations the opportunity to restructure their financial affairs through a "Plan of Arrangement." Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36 (Can.).  The CCAA process is akin to chapter 11 of the Bankruptcy Code, affording companies an opportunity to restructure operations rather than liquidate.  *See In re Fracmaster, Ltd.*, 237 B.R. 627, 629 n.3 (Bankr. E.D. Tex. 1999).

| Exhibit | Description | Comment |
|---|---|---|
| A | Application for Interim Receiver filed by HSBC Bank Canada in the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada | File-stamped January 19, 2015 |
| B | Receivership Order evented by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada | File-stamped January 20, 2015 |
| C | Consent to Act as Interim Receiver | File-stamped January 19, 2015 |
| D | Corporate Organizational Chart for Company | |
| E | Unaudited Interim Financial Statements for the three and nine month periods ending September 30, 2014 | |
| F | Most recent audited Financial Statements for the 12 month period ending December 31, 2013 | |
| G | Affidavit of Jeff Lovestead in Support of Application for Interim Receiver | |

Dated:  February 6, 2015

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:     /s/ R. Andrew Black
   R. Andrew Black (TX 02375110)
   Bob Bruner (TX 24062637)
   andrew.black@nortonrosefulbright.com
   bob.bruner@nortonrosefulbright.com
   Fulbright Tower
   1301 McKinney, Suite 5100
   Houston, TX 77010-3095
   Telephone:  (713) 651-5364
   Facsimile:   (713) 651-5246

Steve A. Peirce (TX 15731200)
steve.peirce@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:   (210) 224-5575
Facsimile:     (210) 270-7205

Louis R. Strubeck, Jr. (TX 19425600)
Timothy S. Springer (TX24088460)
louis.strubeck@nortonrosefulbright.com
tim.springer@nortonrosefulbright.com
2200 Ross Avenue, Suite 2800
Dallas, TX   75201
Telephone:   (214) 855-8000
Facsimile:     (214) 855-8200

**COUNSEL FOR CANADIAN RECEIVER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Receiver's Notice of Filing of Documents in Support of First Day Motions* has been served upon the persons entitled to notice on the attached service list by either U.S. first class mail, postage prepaid or by electronic notification on February 6, 2015.

      /s/ R. Andrew Black

ADP, LLC
ONE ADP DRIVE MS-100
AUGUSTA, GA 30909


AIR COMFORT SOLUTIONS
908 MESSENGER LANE
MOORE, OK 73160


ALDINE I.S.D.
PO BOX 203989
HOUSTON, TX 77216-3989


ALPINE CANADA CORP.
3900, 350 – 7TH AVENUE SW
CALGARY, ALBERTA T2P 3N9


AMEGA WEST SERVICES LLC
7454 SOLUTION CENTER
CHICAGO, IL 60677-7004


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX  75265-0448


ANDY ROSENFELT
1322 3RD AVE SW
ARDMORE, OK 73401


ANTHONY DONARUMA
PO BOX 731
JONES, OK 73049


APPLIED PHYSICS SYSTEMS
281 EAST JAVA DRIVE
SUNNYVALE, CA 94089


AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014


BICO DRILLING TOOLS, INC.
P.O. BOX 301260
DALLAS, TX 75303-1260

BRENT GYORI
44 LAKEWAY BLVD
SYLVAN LAKE, AB T4S 2M9

BRUCE HOOPER
1311 N ELM
GUTHRIE, OK 73044

BRUCKNER BURCH, P.L.L.C.
ATTN: RICHARD J. BURCH
8 GREENWAY PLAZA, SUITE 1500
HOUSTON, TX 77046

BUGTIMES TERMITE AND PEST CONTROL LP
235 FM 1960 E BYPASS RD
HUMBLE, TX 77338

CALEB DECK
11665 MARBELLA DR
OKLAHOMA CITY, OK 73173

CANADA REVENUE AGENCY
REGIONAL INTAKE CENTRE FOR INSOLVENCY
SUITE 10, 9700 JASPER AVENUE NW
EDMONTON, AB T5J 4C8

CAVARE LTD.
7901-39 STREET
LEDUC, AB T9E 0B3

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210-4981

CERIDIAN
PO BOX 10989
NEWARK, NJ 07193

CINTAS CORPORATION #440
PO BOX 650838
DALLAS, TX 75265-0838

CLARA HERNANDEZ
111 SUNLAKE WAY SE
CALGARY, AB T2X 3E4

CODY'S CLEANING
9319 SO HUDSON
OKLAHOMA CITY, OK 73139

COMCAST
PO BOX 660618
DALLAS, TX  75266-0618

COMMUNITY COFFEE COMPANY, LLC
PO BOX 60141
NEW ORLEANS, LA 70160

CONROE WELDING & SUPPLY INC
DRAWER 2588
CONROE, TX 77305

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS, MO 63166-6523

COX COMMUNICATIONS
PO BOX 248851
OKLAHOMA CITY, OK 73124-8851

DANCO INSPECTION SERVICE, INC
1324 SW 155TH ST
OKLAHOMA CITY, OK 73170

DANIEL NORRIS
#902, 220 - 12 AVE SE
CALGARY, AB T2G 0R5

DANIEL SALAZAR MARTINEZ
500 WICHITA AVENUE UNIT #6
MCALLEN, TX 78503

DAVE EMOND
16 CARNARVON WAY NW
CALGARY, AB T2K 1W4

DAWNE MORRISON
14117 N ROCKWELL AVE, APT 2103
OKLAHOMA CITY, OK 73142

DICE HOLDINGS INC
4939 COLLECTIONS CENTER DR
CHICAGO, IL 60693


DUSTIN AULT
1813 NW 195TH CIRCLE
EDMOND, OK 73012


DYNA-DRILL TECHNOLOGIES, INC
1200 ENCLAVE PARKWAY MAILDROP 417
HOUSTON, TX 77077


ELITE DOWNHOLE MOTORS, LLC
PO BOX 890086
OKLAHOMA CITY, OK 73189


ERIC SLAPE
9500 SW 28TH ST.
OKLAHOMA CITY, OK 73128


ESSENTIAL LOGISTICS, LLC
PO BOX 430453
HOUSTON, TX 77243


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON
ATTN: MICHAEL A. JOSEPHSON
1150 BISSONNET
HOUSTON, TX 77005


GE ENERGY OILFIELD TECHNOLOGY INC.
P.O. BOX 841696
DALLAS, TX 75284


GEOLOGICAL SURVEY OF ALABAMA
STATE OIL AND GAS BOARD
P.O. BOX 1368
MOBILE, AL 36633-1368

GOSS & JONES LP
3120 SW 131 STREET
OKLAHOMA CITY, OK 73170


GRAINGER
DEPT 87262647 PO BOX 419267
KANSAS CITY, MO 64141-6267


GREEN PARKWAY M.U.D MIKE ARTERBURN,TAX A/C
11500 NW FREEWAY, STE. 465
HOUSTON, TX 77092


GUARANTEED PEST SERVICE
P.O. BOX 5381
EDMOND, OK 73129


GUARDIAN
PO BOX 677458
DALLAS, TX 75267-7458


GULF COAST BANK AND TRUST COMPANY
PO BOX 203047
HOUSTON, TX 77216-3047


GYRODATA
PO BOX 650823
DALLAS, TX 75265


HALLIBURTON WORLDWIDE GMBH
BAARERSTRASSE 96
6300 ZUG, SWITZERLAND


HI-TECH SEALS INC. USA
105 GLADSTELL STREET
CONROE, TX 77301


HITHEM AGAMAWY
721 EVANSTON DRIVE NW
CALGARY, AB T3P 0N7
HOSEIN KAVIANI-FAR
PO BOX 905
STILLWATER, OK 74076

HSBC BANK CANADA
SPECIAL CREDIT DEPARTMENT
ATTN: JEFF LOVESTEAD
3RD FLOOR, 2910 VIRTUAL WAY
VANCOUVER, B.C. V5M 0B2


HUGG AND HALL EQUIPMENT CO
PO BOX 194110
LITTLE ROCK, AR 72219-4110


ILLINOIS DEPARTMENT OF NATURAL RESOURCES
ONE NATURAL RESOURCES WAY
SPRINGFIELD, IL 62702-1271


INTEGRATED APPLICATIONS ENGINEERING
518 SUGAR CREEK BLVD
SUGARLAND, TX 77478


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF – INSOLVENCY
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES BROWN THE LOCKSMITH
1616 NORTH FRAZIER STE C
CONROE, TX 77301


JAMES SAAB
25822 MARSHBROOK LANE
SPRING, TX 77389


JOHN KING
4708 BRITANNIA DR SW
CALGARY, AB T2S 1J7


KALSI ENGINEERING
745 PARK TWO DRIVE
SURGAR LAND, TX 77478


KANSAS CORPORATION COMMISSION
ATTN: CONSERVATION DIVISION
266 N. MAIN ST., STE. 220
WICHITA, KS 67202-1513

KEN'S OILFIELD SUPPLY
P.O. BOX 263
MUSTANG, OK 73064


KEVIN QUINN
63 S. TERRACE MILL CIRCLE
THE WOODLANDS, TX 77382


KURT HYNES
1411A - 8TH AVENUE SE
CALGARY, AB T2G 0N1


LEE ALLEN
8712 NW  116TH TER
OKLAHOMA CITY, OK 73162


LEVINGE FREIGHT LINES
17463 IH 45 N
WILLIS, TX 77318


MCCARTHY TÉTRAULT LLP
ATTN: SEAN COLLINS
SUITE 4000
421 - 7TH AVENUE SW
CALGARY AB T2P 4K9


MICHAEL MCCULLAR
10957 MCDOWELL RD
CONROE, TX 77306


MIDLAND CENTRAL APPRAISAL DISTRICT
4631 ANDREWS HWY
MIDLAND, TX 79708-0002


MIKE CARTER
83 SUNSET PT
COCHRANE, AB T4C 0B4


MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P. O. BOX 4622.
HOUSTON, TX 77210-4622


MONTGOMERY COUNTY ALARM DETAIL
P.O. BOX 2178
CONROE, TX 77305-2178

MONTGOMERY COUNTY MUD #19
11111 KATY FREEWAY #725
HOUSTON, TX 77079-2197


MURRAY WILCOX
112 COVE PARK GREEN
CALGARY, AB T3K 6L2


NATIONAL OILWELL VARCO
PO BOX 201224
DALLAS, TX 75320-1224


NDIC OIL AND GAS DIVISION
600 EAST BOULEVARD AVE DEPT 405
BISMARCK, ND 58505-0840


O & D MANUFACTURING, INC
PO BOX 277
WHITE OAK, TX 75693-0277


OFFICE OF THE UNITED STATES TRUSTEE
515 RUSK STREET, SUITE 3516
HOUSTON, TX 77002


OG & E
P.O. BOX 24990
OKLAHOMA CITY, OK 73124-0990


OIL CONSERVATION DIVISION
1220 SOUTH ST. FRANCIS DR.
SANTA FE, NM 87505


OKLAHOMA CHILD SUPPORT SERVICES
PO BOX 248822
OKLAHOMA CITY, OK 73124


OKLAHOMA CORPORATION COMMISSION
OIL AND GAS DIVISION
2101 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105


OKLAHOMA COUNTY TREASURER
P.O. BOX 268875
OKLAHOMA CITY, OK 73126-8875

OKLAHOMA NATURAL GAS COMPANY
PO BOX 219296
KANSAS, MO 64121-9296


OKLAHOMA TAX COMMISSION
PO BOX 26930
OKLAHOMA CITY, OK 73126-0930


P&S PROPERTIES LLC
11449 OUTPOST COVE
WILLIS, TX 77318


PETER BALKWILL
23 WEXFORD WAY SW
CALGARY, AB T3H 0H1


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887


PRECISION INDUSTRIES INCORPORATED
PO BOX 1088
MCPHERSON, KS 67460


PSI SECURITY
P.O. BOX 15008
DEL CITY, OK 73155


PV FLUID PRODUCTS INC.
5150 BLALOCK ROAD
HOUSTON, TX 77041


QUALITY MACHINE SERVICES INC.
8412 SW 8TH STREET
OKLAHOMA CITY, OK 73128-4228


QUILL
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600


RAILROAD COMMISSION OF TEXAS
P.O. BOX 12967
AUSTIN, TEXAS 78711-2967

RANDALL DIEMERT
98 CITADEL MEADOW CLOSE
CALGARY, AB T3G 4T4

RED WING SHOE STORE
2105 D WEST DAVIS STREET
CONROE, TX 77304

RIGDATA
PO BOX 820547
FORT WORTH, TX 76182-0547

RSVP SERVICES INC.
501 WEST EDMOND RD.
EDMOND, OK 73003-5622

SHELLI'S CLEANING SERVICE
610 SW 52ND ST. #108
LAWTON, OK 73505

SIX RECRUITMENT
800 TOWN AND COUNTRY BLVD SUITE 300
HOUSTON, TX 77024

STABIL DRILL
DEPT. 2162 P.O. BOX 122162
DALLAS, TX 75312-2162

STEVE DAVIS
17200 HARDWOOD PL
EDMOND, OK 73012

STI, LLC
PO BOX 52288
LAFAYETTE, LA 70505

SYDNEY ENERGY SERVICES, INC
1116 SMALLWOOD LANE
HOUSTON, TX 77023

TARA HOWELL
2623 LIONEL CRESCENT SW
CALGARY, AB T3E 6B1

TAX AND REVENUE ADMINISTRATION – ALBERTA
9811 - 109 STREET
EDMONTON, AB T5K 2L5


TAX ASSESSOR/COLLECTOR - TAMMY MCRAE
400 N SAN JACINTO ST
CONROE, TX 77301-2823


TBS FACTORING SERVICE
PO BOX 210513
KANSAS CITY, MO 64121


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION - BANKRUPTCY SECTION
P.O. BOX 13528 CAPITOL STATION
AUSTIN, TX 78711


TEXAS WORKFORCE COMMISSION
TWC BUILDING - REGULATORY INTEGRITY DIVISION
101 EAST 15TH STREET
AUSTIN, TX 78778


THE CITY OF OKLAHOMA CITY
P.O. BOX 26570
OKLAHOMA CITY, OK 73126-0570


THE WAGGONERS TRUCKING
P.O. BOX 301420
DALLAS, TX 75303-1420


TOYOTA FINANCIAL SERVICES
COMMERCIAL FINANCE DEP. 2431
CAROL STREAM, IL 60132-2431


TRAVIS LYSAK
FASKEN MARTINEAU DUMOULIN LLP
3400 350 7TH AVE SW
CALGARY AB T2P 3N9


TY HENDREN
3210 W LAKEVIEW
STILLWATER, OK 74075

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967


UNITED MACHINE WORKS
PO BOX 525
NEW WAVERLY, TX 77358


UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530


US BANK
OFFICE EQUIPMENT FINANCE SERVICES
ST. LOUIS, MO 63179-0448


US EPA REGION 6 BANKRUPTCY CONTACT
FOUNTAIN PLACE
1445 ROSS AVE.
DALLAS, TX 75202-2750


UTAH DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL, GAS AND MINING
1594 WEST NORTH TEMPLE, SUITE 1210
BOX 145801
SALT LAKE CITY, UTAH 84114-5801


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


WALTER CHANG
3154 LEDUC CRES. SW
CALGARY, AB T3E 5W9


WASTE MANAGEMENT
PO BOX 660345
DALLAS, TX 75266-0345


WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC
PO BOX 301003
DALLAS, TX 75303

WORKER'S COMPENSATION BOARD – ALBERTA
9912 107 ST. NW
EDMONTON, AB T5K 1G5


WYNDHAM GARDEN HOTELS
2101 SOUTH MERIDIAN
OKLAHOMA CITY, OK 73108


WYOMING OIL AND GAS CONSERVATION COMMISSION
P.O. BOX 2640
CASPER, WY 82602


ZACHARY SEESE
1100 CEDARCREST ST
NORMAN, OK 73071