# EXHIBIT A

85291028.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 15–30786 |
| CALMENA ENERGY SERVICES INC., | § | Jointly Administered |
| et al.,[1] | § | |
| | § | Chapter 15 |
| Debtors in a foreign proceeding. | § | |

## ORDER APPROVING RECEIVER'S MOTION FOR APPROVAL OF AN INTERIM DISTRIBUTION OF U.S. SALE PROCEEDS TO HSBC BANK CANADA

Ernst & Young Inc., as the court-appointed receiver (the "**Receiver**") and authorized foreign representative of the above-captioned Debtors filed *Receiver's Motion for Approval of an Interim Distribution of U.S. Sale Proceeds to HSBC Bank Canada* (the "**Motion**") in the above-styled and numbered chapter 15 cases. The Court finds that notice was proper and that no party in interest made any response in opposition to the Motion or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motion should be granted. This Court finds the following:

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and (b) and 11 U.S.C. § 1501 of the Bankruptcy Code. Venue is proper in this district pursuant to 28 U.S.C. § 1410. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)(B) & (O).

This Court has previously recognized the Canadian Proceeding as a foreign main proceeding and recognized the Receiver as the foreign representative in these Chapter 15 cases. Dkt. No. 17. Three of the Debtors herein, Calmena Energy Services (USA) Corp., Calmena Drilling Services LLC and Calmena Drilling Services US LP are US companies that operated in the United States (the "**US Debtors**").

---

[1] The Debtors are Calmena Energy Services Inc.; Calmena Energy Services (USA) Corp.; Calmena Drilling Services LLC; and Calmena Drilling Services US LP.

35841684.1                                     - 1 -

- 2 -

The Motion is well-taken and should be GRANTED. It is, therefore,

ORDERED that the relief requested in the Motion is GRANTED; it is further,

ORDERED that the Receiver is authorized to make an interim distribution of up to CAD $1,000,000 to HSBC Bank Canada from funds that are subject to the jurisdiction of this Court.

Signed _____, 2015

_____
UNITED STATES BANKRUPTCY JUDGE